U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

APR 1 2 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## ALEXANDRIA DIVISION

JAMES BROWN                                    DOCKET NO. 06-CV-2223

VERSUS                                         JUDGE DRELL

WINN CORRECTIONAL CENTER, ET AL        MAGISTRATE JUDGE KIRK

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by the plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's Civil Rights Complaint be and is hereby DISMISSED, *sua sponte*, under 28 U.S.C. §1915(e)(2)(B)(i) and (ii) as frivolous and failing to state a claim for which relief can be granted.

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 11 day of ___April___, 2007.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE